**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Keith Lavon BURGESS, a/k/a Buck Black, Defendant–Appellant.**

**No. 09–7614.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 25, 2009.

Keith Lavon Burgess, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Lavon Burgess appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Burgess,* No. 4:03–cr–00107–TLW–1 (D.S.C. Aug. 11, 2009). *See United States v. Hood,* 556 F.3d 226 (4th Cir. 2009), *cert. denied,* —— U.S. ——, 130 S.Ct. 321, 175 L.Ed.2d 212 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*